USW 804887270.1

Randall M. Widmann, SBN 73154
Law Offices of
Randall M. Widmann
2479 E. Bayshore Rd., Ste 703
Palo Alto, California 94303
(650) 424-8400

Attorney for Plaintiff
Tracy Templeton Smith

Jennifer C. Hayes, SBN 197252
 jhayes@mckennalong.com
McKENNA LONG & ALDRIDGE LLP
One Market Plaza, Spear Tower, 24th Floor
San Francisco, California 94105
Telephone:    415.267.4000
Facsimile:    415.267.4198

Attorneys for Defendants
Level 3 Communications, Inc. and
Level 3 Communications, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| TRACY TEMPLETON SMITH,<br><br>Plaintiff,<br><br>v.<br><br>LEVEL 3 COMMUNICATIONS, INC. a corporation, DOE ONE through DOE ONE HUNDRED, inclusive,<br><br>Defendants. | Case No. 3:14-cv-05036-WHA<br><br>**ORDER APPROVING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DATES**<br><br>Date:    April 9, 2015<br>Time:   8:00 a.m.<br>Ctrm:   8, 19th Floor<br>            Philip Burton Fed. Bldg.<br>            450 Golden Gate Ave.<br>            San Francisco, CA 94102 |
|---|---|

Pursuant to the Stipulation to Continue Case Management Conference and Related Dates entered into between the parties and filed as Docket No. 33, and good cause appearing therefor, the Court hereby orders as follows:

1. The Stipulation is approved in its entirety.

2. The deadline for the parties to file either a Stipulation to ADR Process or Notice of

Need for ADR Phone Conference is March 19, 2015.

3. The deadline for the parties to file a Rule 26(f) report, to complete initial disclosures, and to file a case management conference statement is April 2, 2015.

4. The initial case management conference is continued to April 9, 2015 at 8:00 a.m.

Dated: February 4, 2015.

_____
WILLIAM ALSUP
JUDGE, U.S. DISTRICT COURT