USW 804887270.1

1  Randall M. Widmann, SBN 73154
   Law Offices of
2  Randall M. Widmann
   2479 E. Bayshore Rd., Ste 703
3  Palo Alto, California 94303
   (650) 424-8400
4
   Attorney for Plaintiff
5  Tracy Templeton Smith

6  Jennifer C. Hayes, SBN 197252
     jhayes@mckennalong.com
7  McKENNA LONG & ALDRIDGE LLP
   One Market Plaza, Spear Tower, 24th Floor
8  San Francisco, California 94105
   Telephone:   415.267.4000
9  Facsimile:   415.267.4198

10 Attorneys for Defendants
   Level 3 Communications, Inc. and
11 Level 3 Communications, LLC

12                       UNITED STATES DISTRICT COURT

13                      NORTHERN DISTRICT OF CALIFORNIA

14                           SAN FRANCISCO DIVISION

15 | TRACY TEMPLETON SMITH,              | Case No. 3:14-cv-05036-WHA
16 |         Plaintiff,                  | **ORDER APPROVING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DATES**
17 |    v.                               |
18 | LEVEL 3 COMMUNICATIONS, INC. a      | Date:  April 9, 2015
   | corporation, DOE ONE through DOE ONE| Time:  8:00 a.m.
19 | HUNDRED, inclusive,                 | Ctrm:  8, 19th Floor
   |                                     |        Philip Burton Fed. Bldg.
20 |         Defendants.                 |        450 Golden Gate Ave.
   |                                     |        San Francisco, CA 94102
21

22
           Pursuant to the Stipulation to Continue Case Management Conference and Related Dates
23
   entered into between the parties and filed as Docket No. 33, and good cause appearing therefor,
24
   the Court hereby orders as follows:
25
           1.      The Stipulation is approved in its entirety.
26
           2.      The deadline for the parties to file either a Stipulation to ADR Process or Notice of
27

28

1 | Need for ADR Phone Conference is March 19, 2015.

2 |     3.    The deadline for the parties to file a Rule 26(f) report, to complete initial
3 | disclosures, and to file a case management conference statement is April 2, 2015.

4 |     4.    The initial case management conference is continued to April 9, 2015 at ~~8:00 a.m.~~

    11:00 A.M.

6 | Dated: February 4, 2015.

*/s/ William Alsup*
WILLIAM ALSUP
JUDGE, U.S. DISTRICT COURT