1  Law Offices of
   Randall M. Widmann
2  Randall M. Widmann, St. Bar No. 73154
   2479 E. Bayshore Rd., Ste 703
3  Palo Alto, California 94303
   (650) 424-8400
4  Randall@RMWLaw.net

5  Attorneys for Plaintiff
   Tracy Templeton Smith
6

7  Jennifer C. Hayes, SBN 197252
   jhayes@mckennalong.com
8  McKENNA LONG & ALDRIDGE LLP
   One Market Plaza, Spear Tower, 24th Floor
9  San Francisco, California 94105
   Telephone:   415.267.4000
10 Facsimile:    415.267.4198

11 Attorneys for Defendants
   Level 3 Communications, Inc. and
12 Level 3 Communications, LLC

13              IN THE UNITED STATES DISTRICT COURT

14                 NORTHERN DISTRICT OF CALIFORNIA

15                       SAN FRANCISCO DIVISION

16 | TRACY TEMPLETON SMITH,              | Case No. 3:14-cv-05036-WHA
17 |         Plaintiff,                  | **STIPULATION FOR ENTRY OF ORDER TO CHANGE THE NAME OF THE DEFENDANT**
18 |    v.                               |
19 | LEVEL 3 COMMUNICATIONS, INC. a      |
   | corporation, DOE ONE through DOE ONE|
20 | HUNDRED, inclusive,                 |
21 |         Defendants.                 |
22

23

24     Plaintiff, Tracy Templeton Smith ("Ms. Smith"), and Defendants, Level 3 Communications,

25 Inc. and Level 3 Communications, LLC (together the "Defendants"), stipulate as follows:

26                                   RECITALS

27     A.   After the Complaint in this matter was filed and served, Defendant, Level 3

28 Communications, Inc., raised the issue that it was inaccurately named as Plaintiff's employer when, in

                                             1              Case No. 3:14-cv-05036-WHA
                                                   STIPULATION FOR ENTRY OF ORDER TO
                                                   CHANGE THE NAME OF THE DEFENDANT

1. fact, "Level 3 Communications, LLC" was Plaintiff's employer and, therefore, should be the named Defendant.

B. Thereafter, the parties met and conferred regarding the issue. The parties came to an agreement that "Level 3 Communications, LLC" is the proper Defendant in this matter and that Level 3 Communications, Inc. should be dismissed from this lawsuit.

## STIPULATION

1. The above recitals are incorporated by reference.
2. Level 3 Communications, LLC shall be the named defendant in the above-captioned lawsuit.
3. Level 3 Communications, Inc. is dismissed from this lawsuit.
4. Pleadings already filed in this lawsuit are deemed amended to reflect that Level 3 Communications, LLC is the correct defendant.
5. The parties agree to seek entry of an order approving this stipulation.

Dated: 3/17/15

Randall M. Widmann
Attorney for Plaintiff

Dated: March 16, 2015

/s/Jennifer C. Hayes, Esq., CSBN 197252
Jennifer Hayes
Attorney for Defendant,
Level 3 Communications, Inc.

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

1. The Stipulation for Entry of Order to Change the Name of the Defendant is approved in its entirety.
2. Level 3 Communications, LLC is the named defendant in this lawsuit.
3. Level 3 Communications, Inc. is dismissed from this lawsuit.
4. The Clerk is directed to modify the docket to replace Level 3 Communications, Inc. with Level 3 Communications, LLC as the named defendant.

5. Pleadings and orders already filed in this matter are deemed modified to replace Level 3 Communications, Inc. with Level 3 Communications, LLC as the named defendant.

6. Future captions filed or served in this action shall name Level 3 Communications, LLC as the defendant.

Date: March 23, 2015.

_____
Hon. William Alsup
Judge, U.S. District Court

USW 804972323.1