IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TRACY TEMPLETON SMITH,

    Plaintiff,

  v.

LEVEL COMMUNICATIONS LLC,

    Defendant.

                                  /

No. C 14-05036 WHA

**ORDER DENYING STAY OF DISCOVERY**

The parties have filed a stipulated motion requesting to stay all formal discovery, including depositions, in order to engage in settlement discussions (Dkt. No. 49). The parties have not shown good cause and thus the motion is **DENIED**. As stated in the case management order (Dkt. No. 42), the non-expert discovery cut-off date shall remain **SEPTEMBER 30, 2015.**

**IT IS SO ORDERED.**

Dated: May 12, 2015.

                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE