Law Offices of
RANDALL M. WIDMANN
RANDALL M. WIDMANN, St. Bar No. 73154
2479 E. Bayshore Rd., Ste 703
Palo Alto, California 94303
(650) 424-8400

Attorneys for Plaintiff
Tracy Templeton Smith

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRACY TEMPLETON SMITH,<br><br>Plaintiff,<br><br>vs.<br><br>LEVEL 3 COMMUNICATIONS, LLC., a corporation, DOE ONE through DOE ONE HUNDRED, inclusive,<br><br>Defendants. | No. 3:14-cv-05036-WHA<br><br>STIPULATION FOR DISMISSAL;<br>ORDER DISMISSING THE CASE |

The respective parties to this action, Plaintiff, Tracy Templeton Smith, and Defendant, Level 3 Communications, LLC, initially named as Level 3 Communications, Inc., do hereby stipulate that this matter be dismissed with prejudice and that the Court so order.

Dated: 9/28/15

_____
Randall M. Widmann
Attorney for Plaintiff

Dated: 9/28/15

_____
Andrew Azarmi
Attorney for Defendant

ORDER

IT IS SO ORDERED. This matter is dismissed with prejudice.

Dated: September 29, 2015.

_____
Hon. William Alsup
Judge, U.S. District Court

STIPULATION AND ORDER OF DISMISSAL                                                                 1